IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| STEPHEN CUMMINGS | ) |
|---|---|
| Plaintiff | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 4:18-cv-00002-WTM-GRS |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) |
| Defendant | ) |

## **CONSENT ORDER**

The Court having considered the parties' Joint Motion to Stay Proceedings Pending Mediation, and finding good cause and that all parties consent hereto, IT IS ORDERED that proceedings in the above-styled action shall be and are hereby STAYED pending the parties' mediation on May 9, 2018. The parties are ORDERED to notify the Court in writing as to whether a settlement is reached within five (5) business days following the mediation.

SO ORDERED, this 13th day of March, 2018.

_____
HON. G.R. SMITH
UNITED STATES MAGISTRATE JUDGE