IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| STEPHEN CUMMINGS | ) |
|---|---|
| Plaintiff | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 4:18-CV-00002-WTM-GRS |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) |
| Defendant | ) |

## CONSENT ORDER

The Court having considered the parties' Joint Motion to Modify the Court's March 13, 2018 Consent Order [Doc. 7], and finding good cause and that all parties consent hereto, IT IS ORDERED that the Consent Order is MODIFIED as follows:

Proceedings in the above-styled action shall be and are hereby STAYED through and including July 9, 2018.

SO ORDERED, this 20th day of March, 2018.

_____
HON. G.R. SMITH
UNITED STATES MAGISTRATE JUDGE

Consented to:

| | |
|---|---|
| s/ *Heather K. Karrh* | s/ *Elizabeth J. Bondurant* |
| Georgia Bar No. 408379 | Georgia Bar No. 066690 |
| | s/ *Aaron E. Pohlmann* |
| | Georgia Bar No. 582685 |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |
| | |
| ROGERS, HOFRICHTER & KARRH, LLC | WOMBLE BOND DICKINSON (US) LLP |
| 225 S. Glynn Street, Suite A | 271 17th Street, N.W., Suite 2400 |
| Fayetteville, Georgia 30214 | Atlanta, Georgia 30363-1017 |
| (770) 460-1118 (telephone) | (404) 872-7000 (telephone) |
| (770) 460-0920 (facsimile) | (404) 888-7490 (facsimile) |
| *hkarrh@rhkpc.com* | *lisa.bondurant@wbd-us.com* |
| | *aaron.pohlmann@wbd-us.com* |