IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| STEPHEN CUMMINGS | ) |
|---|---|
| Plaintiff | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 4:18-CV-00002-WTM-GRS |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) |
| Defendant | ) |

## CONSENT ORDER

The Court having considered the parties' Joint Motion to Extend the Stay of Proceedings Pending Mediation, and finding good cause and that all parties consent hereto, IT IS ORDERED that proceedings in the above-styled action shall be and are hereby STAYED through and including August 13, 2018.

SO ORDERED, this 16th day of July, 2018.

_____
G.R. SMITH
UNITED STATES MAGISTRATE JUDGE

Consented to:

s/ *Heather K. Karrh*                      s/ *Elizabeth J. Bondurant*
Georgia Bar No. 408379            Georgia Bar No. 066690
                                           s/ *Aaron E. Pohlmann*
                                           Georgia Bar No. 582685

Attorney for Plaintiff                 Attorneys for Defendant

ROGERS, HOFRICHTER         WOMBLE BOND DICKINSON (US) LLP
   & KARRH, LLC                271 17th Street, N.W., Suite 2400
225 S. Glynn Street, Suite A      Atlanta, Georgia 30363-1017
Fayetteville, Georgia 30214       (404) 872-7000 (telephone)
(770) 460-1118 (telephone)       (404) 888-7490 (facsimile)
(770) 460-0920 (facsimile)        lisa.bondurant@wbd-us.com
hkarrh@rhkpc.com                  aaron.pohlmann@wbd-us.com