IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEPHEN CUMMINGS,  )
  )
    Plaintiff,  )
  )
v.  ) CASE NO. CV418-002
  )
LIFE INSURANCE COMPANY OF NORTH  )
AMERICA,  )
  )
    Defendant.  )
  )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of August 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 AUG 20 PM 4:34
CLERK
SO. DIST. OF GA.